FILED
August 1, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KATRINA CARNES, ) <br> ) <br> Defendant. ) | Case No. Mag. 07-0243 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Katrina Carnes, Case No. Mag. 07-0243 DAD,

Charge Failure to Appear, from custody subject to the conditions contained in the attached "Notice

to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

    **X**    (Other)   _Supervised Release Supervision_
_and Continued O.R. Release With Condition_
_Set by D.C. Montana._

Issued at   Sacramento, CA   on   August 1, 2007   at   2:50   pm  .

By   _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal

# United States District Court

DISTRICT OF MONTANA, GREAT FALLS DIVISION

UNITED STATES OF AMERICA    **BENCH WARRANT FOR ARREST**

V.    CASE NUMBER: CR-07-63-GF-SEH

**KATRINA CARNES**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest and take into custody KATRINA CARNES for failure to appear before the Court on JULY 31, 2007, at 11:00 a.m. as fixed by Orders of the Court July 25, 2007, and July 26, 2007, and as required by the June 6, 2007, Order Setting Conditions of Release, and bring her before the Court as promptly as she can be located and transported to Great Falls, Montana.

In execution of this Warrant, the United States Marshals Service is not to defer to arrest procedures embodied in any Memorandum of Understanding between the United States Marshals Service and any other agency or to primary arrest authority of any other agency.

The United States Marshals Service shall assume responsibility for the arrest and transportation of KATRINA CARNES to the Court.

Assigned to: Assistant U.S. Attorney Joseph E. Thaggard

Name of Issuing Officer: Leslie Vaskey, Deputy Clerk

Signature of Issuing Officer

BAIL FIXED AT $NONE

July 31, 2007
Great Falls, MT

By Sam E. Haddon
Name of Judicial Officer

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE NAMED DEFENDANT | |
| DATE OF ARREST: | DWIGHT MACKAY, UNITED STATES MARSHAL |
| LOCATION: | |
| BY: Deputy U.S. Marshal | |

FILED
GREAT FALLS DIV.

'07 JUL 31 PM 1 03

PATRICK E. ... , CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-63-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KATRINA CARNES, | |
| Defendant. | |

Defendant having failed to appear at the time and place set for hearing on Defendant's Motion to Enter Plea of Guilty,

ORDERED:

1. The clerk shall prepare a Bench Warrant for Defendant.

2. The hearing on Defendant's Motion to Enter Plea of Guilty is VACATED to be reset upon further order of the Court.

DATED this 31st day of July, 2007.

SAM E. HADDON
United States District Judge

-1-